# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| NINA MARIE COLEMAN,<br>    Plaintiff,<br>vs.<br>FEMA,<br>    Defendant. | §<br>§<br>§<br>§<br>§<br>§ | <br><br>Civil Action No. 3:18-CV-3408-M-BH<br><br><br>Referred to U.S. Magistrate Judge |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

The plaintiff's *Motion for Default Judgment*, filed April 8, 2019 (doc. 20), is **DENIED**.

**SIGNED** this 15th day of May, 2019.

_____
**BARBARA M. G. LYNN**
**CHIEF JUDGE**